PHILLIP A. TALBERT
Acting United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-po-00279-CKD |
| Plaintiff, | STIPULATION AND ORDER TO VACATE BENCH TRIAL AND SET CHANGE OF PLEA |
| v. | |
| RICK J. PITZNER, | DATE: October 5, 2021 |
| Defendant. | TIME: 11:00 a.m. |
| | JUDGE: Hon. Carolyn K. Delaney |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on October 14th, 2021 at 1:30 p.m.

2. By this stipulation, the parties now jointly move to vacate the bench trial and set a change of plea on October 14th, 2021

///

///

///

STIPULATION AND [PROPOSED] ORDER              1              U.S. V. RICK J. PITZNER

at 1:30 p.m.

    IT IS SO STIPULATED.

DATED: October 5, 2021        PHILLIP A. TALBERT
                                  Acting United States Attorney

                          By:  */s/ John Scanlon*
                              JOHN E. SCANLON
                              Special Assistant U.S. Attorney

                              */s/ Linda Allison*
                              LINDA C. ALLISON
                              Assistant Federal Defender
                              Counsel for Defendant
                              (*Approved via email on 9/30/2021*)

**FINDINGS AND ORDER**

    IT IS SO ORDERED, that the bench trial is vacated as set forth above, and a change of plea is set for October 14th, 2021 at 1:30 p.m.

    Dated: October 5, 2021

                                _____
                                CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE